cc lof

55,249-02

.Yes, this is Eric Ray Price 1848099, W.R.-55,249,-02 C.R. 07808,-B.?

I have sent in a 11.07, with 19 Points of Error, and 50 Fifty pages of Arguement and Law to go with it. And As I have told the Hamilton court, clerk Leoma Larance, And this court of Appeals in Austin Texas, I get the mail when the courts Like to say that it is to Late,

I need An Attorney because, I need All of my Legal work Filed properly! And I Am sorry that the Lower court had missfiked and missnumberd my Legal work, So Pleas do not hold me responsible for thier misstakes,

I Feel that the court is setting my 19 errors in my 11.07 Asside along with my 50 pages of Law Just For thier own convenience! The same Exact issues and many more are Pointed out, This is cruel and unusual punishment on An innocent Person) Can you Fix it.?

The Lower court has it, I do not have a copie this Prison Nor Any prison will give me any copies The Lower court should have never sent me to prison Leoma Larance the District clerk will co....

? ? Eric Ray Price

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 29 2015
Abel Acosta, Clerk